**SUZUKI LAW OFFICES**
Attorneys at Law
Sean McNally, Esq. No. 035343
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

Attorneys for Defendant *Pritchard*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   vs.<br><br>Colter Aaron Pritchard,<br><br>   Defendant. | Case No.: 3:24-cr-00101-PDW-1<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

**COMES NOW**, defense counsel, Sean McNally, and hereby moves this Court for an order permitting counsel to withdraw in this matter as attorney for the defendant, Colter Aaron Pritchard. In support of this motion, counsel states as follows: Defendant has been sentenced on June 12, 2025, for the matter mentioned above and all obligations of defense counsel have been completed.

RESPECTFULLY SUBMITTED this 23rd day of June, 2025.

**SUZUKI LAW OFFICES**

*/s/ Sean McNally*
Sean McNally, Esq.
Attorneys for Defendant *Pritchard*

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable Chief Judge Peter D. Welte
United States District Court
ndd_J-Welte@ndd.uscourts.gov

Matthew P. Kopp
United States Attorney's Office
District of North Dakota
matthew.kopp@usdoj.gov

                                                    */s/ Sean McNally*
                                                    Sean McNally, Esq.
                                                    Attorneys for Defendant *Pritchard*